Ruth H. Lewison, appellant, v. Robert Lewison, appellee. Gen. No. 39,865.

Opinion filed June 29, 1938.

Meyer S. Miller and Maurice L. Marcus, for appellant; Stephen J. Sullivan, of counsel. Joseph W. Schulman, for appellee; Henry M. Seligman and Leonard J. Mandel, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Frank S. Ayres, executor of last will and testament of Harriet C. Lark, deceased, appellant, v. Harriet W. McKellar, appellee. Gen. No. 39,882.

Opinion filed June 29, 1938. Rehearing denied July 12, 1938.

Louis J. Victor and Ralph F. Stern, for appellant. Hutson, Traeger & Bolger, for appellee; John D. Bolger, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Marie Pietras, appellee, v. Jozef Moskal et al. Appeal of Jozef Moskal, appellant. Gen. No. 39,969.

Opinion filed June 29, 1938. Rehearing denied July 12, 1938.

Newell Mecartney, for appellant. Benjamin Jordan, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

National Cash Register Company, appellee, v. Arthur H. Foerster, appellant. Gen. No. 39,993.

Opinion filed June 29, 1938.

Guy C. Guerine, for appellant. Victor Scott, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.